UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLAY WALKER and BRICIA WALKER, | ) ) ) |
| Plaintiffs, | ) ) No. 13 C 2088 ) |
| vs. | ) Judge Der-Yeghiayan ) |
| CITY OF CHICAGO, et al., | ) ) ) |
| Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this cause should be dismissed with prejudice and with each side bearing its own costs and attorneys' fees.

Respectfully submitted,

For the Plaintiffs:

s/ Amanda S. Yarusso
Amanda S. Yarusso
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, IL 60602
(312) 795-9595

For the Defendants:

/s/ Thomas Aumann
Senior Assistant Corporation Counsel
City of Chicago Law Department
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-7630